**Appeal Ordered Withdrawn and Opinion issued October 21, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-97-01407-CR

## ALLAN W. MCINTOSH, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 282ⁿᵈ District Court**
**Dallas County, Texas**
**Trial Court Cause No. F96-53553-LS**

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47



Court of Appeals
Fifth District of Texas at Dallas
George L. Allen Sr. Courts Building
600 Commerce Street, Second Floor
Dallas, Texas 75202-4658

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
$300 Private Use

Address Not Known

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL

ALL ___ MCINTOSH
#980
NEW
500 C
DAL

Case